UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN LEE WILLIAMS, | ) | 1:07-CV-00031 LJO DLB HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO CHANGE NAME OF |
| v. | ) | RESPONDENT |
| | ) | [Doc. #8] |
| DANIEL RENTERIA, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO CHANGE NAME OF RESPONDENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 22, 2007, Petitioner filed a motion to amend the petition. Petitioner requests that Daniel Renteria, Parole Officer, be substituted as Respondent in this matter.

A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. Brittingham v. United States, 982. F.2d 378, 279 (9th Cir.1992). Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994). Where a petitioner is on probation or parole, the proper respondent is his probation or parole officer and the official in charge of the parole or probation agency or state correctional agency. Id. Therefore,

1  Petitioner's request is proper.

2      Accordingly, Petitioner's motion for leave to amend the petition to name Daniel Renteria as
3  Respondent in this matter is GRANTED.  The Clerk of Court is DIRECTED to change the name of
4  Respondent to Daniel Renteria.

5      IT IS SO ORDERED.

6      **Dated:   May 1, 2007**　　　　　　　　　　　　　　**/s/ Dennis L. Beck**
                                                                            UNITED STATES MAGISTRATE JUDGE