UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN LEE WILLIAMS, | ) | 1:07-cv-00031-LJO-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 27) |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| DANIEL RENTERIA, | ) | **DISMISS PETITION AS MOOT** |
| | ) | (Doc. 15) |
| Respondent. | ) | |
| | ) | **ORDER DIRECTING CLERK TO** |
| | | **TERMINATE ACTION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 24, 2007, the Magistrate Judge filed Findings and a Recommendation that Respondent's motion to dismiss the instant petition as MOOT be granted, and the Clerk of Court be directed to terminate this action. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

//

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendation are supported by
5 the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed September 24,
8 2007, are ADOPTED IN FULL;
9    2.   Respondent's motion to dismiss the instant petition as
10 MOOT, filed July 2, 2007, is GRANTED; and,
11    3.   The Clerk of Court TERMINATE this action.
12 IT IS SO ORDERED.
13 **Dated:   November 27, 2007**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

2